# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONI M. NESSELROTTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 06-1390-GLL |
| v. ) | |
| ) | The Honorable Gary L. Lancaster |
| ALLEGHENY ENERGY, INC., ) | |
| ALLEGHENY ENERGY SERVICE ) | |
| CORPORATION, and DAVID B. ) | |
| HERTZOG, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this **23rd** day of **July**, 2007, it is hereby ORDERED that Defendant's Motion to Compel Responses to Certain Interrogatories and Requests for Production of Documents is DENIED.

BY THE COURT,

_____, J.