

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

| | |
|---|---|
| TONI M. NESSELROTTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-1390-GLL |
| v. ) | |
| ) | Hon. Gary L. Lancaster |
| ALLEGHENY ENERGY, INC., ) | |
| ALLEGHENY ENERGY SERVICE ) | |
| CORPORATION, and ) | |
| DAVID B. HERTZOG, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendant's Motion for Leave of Court Under Federal Rule of Civil Procedure 26(B)(2) to Extend Length of Plaintiff's Deposition having come before the Court and good cause appearing therefore, IT IS HEREBY ORDERED:

1. Defendant's Motion for Leave of Court Under Federal Rule of Civil Procedure 26(B)(2) to Extend Length of Plaintiff's Deposition is **GRANTED**.

2. Defendants shall have an additional six (6) hours, above and beyond the seven (7) hour deposition limit set forth in Federal Rule of Civil Procedure 30(d)(2), in which to complete Plaintiff's deposition. The deposition shall resume within 3 weeks from the date of this Order.

SO ORDERED this 23 day of July, 2007.

Honorable Gary L. Lancaster
United States District Judge